DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| 370P12 | State v. Terrance Robert Whitley | Def's *Pro Se* Motion for Judicial Statement of Facts and Conclusion of Law With Stay of Proceedings (COAP12-620) | Dismissed<br><br>**Jackson, J., Recused** |
|---|---|---|---|
| 374P12 | In the Matter of: Henry Edward Murdock | Def's PDR Under N.C.G.S. § 7A-31 (COA12-79) | Denied |
| 375P12 | Synovus Bank, formerly known as Columbus Bank and Trust Company, as successor in interest through name change and by merger with the National Bank of South Carolina v. The County of Henderson and Lexon Insurance Company | 1. Def's (Lexon Insurance Company) PDR Under N.C.G.S. § 7A-31 (COA11-1601)<br><br>2. Def's (Lexon Insurance Company) Motion to Withdraw PDR | 1. - - -<br><br>2. Allowed |
| 376P12 | State v. Edwardo Wong, II | Def's PDR Under N.C.G.S. § 7A-31 (COA11-994) | Denied |
| 377P12 | Daniel Tunell, Employee v. Resource MFG/Prologistix, Employer; American Casualty Company, Carrier; Gallagher Bassett, Third-Party Administrator | Defs' PDR Under N.C.G.S. § 7A-31 (COA12-103) | Denied |
| 379P12 | James and Lara Barnhill v. Richard W. Farrell and The Farrell Law Group, P.C. | Plts' PWC to Review Order of COA (COA12-766) | Denied |
| 380P12 | State v. Dewayne Avent | 1. Def's Motion for Temporary Stay (COA11-1506)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Denied **09/12/12**<br><br>2. Denied<br><br>3. Denied |